# EXHIBIT E

# PRELIMINARY CLAIM CHART

### U.S. Patent No. 10,771,012

Crestone IP Management, LLC ("Crestone") provides notice of its allegations of Samsung's infringement of exemplary claim 19 of U.S. Patent No. 10,771,012 (hereinafter "the '012 patent") by Samsung's exemplary Galaxy S25 Ultra smartphone utilizing a Wacom WEZ02 chip. In support thereof, Crestone provides the following preliminary claim charts.

"Accused Products" as used herein is defined in Crestone's Complaint, and includes, but is not limited to, all versions of Samsung's smartphones, solid state hard drives, and other products comprising a hybrid RC oscillator circuit ("'012 Accused Products"). It is further understood, on information and belief, that Samsung is responsible, in material part, for the functionality and design of the '012 Accused Products and any other Accused Products that it provides.

These claim charts demonstrate Samsung's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products based on the information available to Crestone at the present time. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from available resources regarding the Accused Products, as Samsung has provided no discovery in this case, which is expected to include design specifications for and physical copies of each variant or version of the Accused Products. In addition, Samsung has yet to identify each version (including by SKU, UPC, or otherwise) what it considers to be different versions of the accused smartphones and solid state hard drive products. An analysis of Samsung's (or other third parties') documentation may assist in fully identifying all infringing features and functionality. Accordingly, Crestone reserves the right to supplement and/or amend this infringement analysis once such information is made available to Crestone. Furthermore, Crestone reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims. Crestone provides this evidence of infringement and related analysis without the benefit of fact discovery, claim construction, and expert reports or discovery. Crestone reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such fact discovery, claim construction, or expert reports or discovery.

Unless otherwise noted, Crestone contends that Samsung directly infringes the '012 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, using, within the United States and/or importing the Accused Products into the United States. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, Crestone further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections. Samsung makes, uses, sells, imports, or offers for sale in the United States, or has made, used, sold, imported, or offered for sale in the past, without authority, or induces others to make, use, sell, import, or offer for sale in the United States, or has induced others to make, use, sell, import, or offer for sale in the past, without authority products, equipment, or services that infringe claim 19 of the '012 patent, including without limitation, the Accused Products.

1

# PRELIMINARY CLAIM CHART

Unless otherwise noted, Crestone believes and contends that each element of each claim asserted herein is literally met through Samsung's provision of the Accused Products.  However, to the extent that Samsung attempts to allege that any asserted claim element for which literal infringement is alleged herein is not literally met, Crestone believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Products, Crestone did not identify any substantial differences between the elements of the patent claims and any of the corresponding features of the Accused Products, as set forth herein.  In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Products, Crestone asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Crestone reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by Samsung. Crestone also reserves the right to amend this infringement analysis by citing other claims of the '012 patent, not listed in the claim chart, that are infringed by the Accused Products.  Crestone further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Products" column of each chart.

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| **[19.pre]** A system, comprising: | **Each Accused Product comprises a system, as shown below:**<br><br>In particular, the exemplary Samsung Galaxy S25 Ultra is a system:<br><br> |

**PRELIMINARY CLAIM CHART**



Samsung S25 Ultra

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| **[19.a]** a semiconductor device, comprising a first external pin and an internal oscillator; and; | As detailed below, the system of the Samsung Galaxy S25 Ultra includes a semiconductor device, comprising a first external pin and an internal oscillator. |

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| |  |

Wacom WEZ02

Top Side of Main PCB II

6

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| | The Samsung Galaxy S25 Ultra includes a semiconductor device (i.e., the Wacom WEZ02 chip), as detailed below.<br><br>Specifically, the Wacom WEZ02 comprises a first external pin ("XTAL Protection"), as shown below:<br><br><br><br>Bottom Side of Wacom WEZ02 |

7

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| | <br><br>The Wacom WEZ02 comprises an internal oscillator within the Mixed Block B (PLL) segment, as shown below: |

8

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| |  |

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| [19.b] an external resonant element coupled to the semiconductor device at least through the first external pin; | As detailed below, the system of the Samsung Galaxy S25 Ultra includes an external resonant element coupled to the semiconductor device at least through the first external pin.<br><br>Specifically, the Samsung Galaxy S25 Ultra includes an external resonant element (i.e., the crystal oscillator), as shown below:<br><br>Crystal Oscillator<br><br>Top Side of Main PCB II |

10

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| | The crystal oscillator is coupled to the Wacom WEZ02 (i.e., the semiconductor device) at least through the first external pin, as shown below: Crystal and Wacom on Top Side of Main PCB II Above Image with Crystal and Chip Removed |

11

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| [19.c] wherein the internal oscillator comprises: a tunable oscillator communicatively coupled with the first pin and configured to provide an oscillation signal to a portion of the semiconductor device; | In the Wacom WEZ02, the internal oscillator comprises a tunable oscillator communicatively coupled with the first pin and configured to provide an oscillation signal to a portion of the semiconductor device, as detailed below.<br><br>Specifically, the tunable oscillator within the Mixed Block B is communicatively coupled with the first pin (XTAL protection), as shown below: |

12

Case 2:26-cv-00584-RWS    Document 1-5    Filed 07/16/26    Page 14 of 18 PageID #:  97

# PRELIMINARY CLAIM CHART



On information and belief an external crystal oscillator feeding into an internal PLL is likely because the crystal provides a stable, accurate reference clock, while the PLL generates the chip's required internal clock frequencies.

Fig. 11    Basic phase-locked loop.

Exemplary PLL Architecture [1]

Wacom WEZ02 Digitizer Controller Die Photo

13

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| | In addition, the tunable oscillator within the Mixed Block B is configured to provide an oscillation signal to a portion of the WEZ02, as shown below: <br><br>  |

# PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| **[19.d]** [wherein the internal oscillator comprises] a phase detector circuit communicatively coupled with an output of the tunable oscillator and an input to the internal oscillator; and | In the Wacom WEZ02, the internal oscillator comprises a phase detector circuit communicatively coupled with an output of the tunable oscillator and an input to the internal oscillator, as detailed below.<br><br>Specifically, the internal oscillator in the Mixed Block B is a PLL, which comprises a phase detector, as shown below. On information and belief, the phase detector circuit is communicatively coupled with an output of the tunable oscillator (green line) and an input to the tunable oscillator (pink line) as is typical in PLL architecture.<br><br><br><br>Fig. 11   Basic phase-locked loop.<br>Exemplary PLL Architecture [1]<br>Wacom WEZ02 Digitizer Controller Die Photo |

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| [19.e.i] [wherein the internal oscillator comprises] an oscillator controller circuit configured to adjust frequency of the tunable oscillator based upon phase detection between output of the tunable oscillator and output of the external resonant element received at the input to the internal oscillator, | In the Wacom WEZ02, the internal oscillator comprises an oscillator controller circuit configured to adjust frequency of the tunable oscillator based upon phase detection between output of the tunable oscillator and output of the external resonant element received at the input to the internal oscillator, as detailed below. Fig. 11   Basic phase-locked loop. Exemplary PLL Architecture [1] |

## PRELIMINARY CLAIM CHART

| Claim 19 | Exemplary Smartphone (Samsung Galaxy S25 Ultra with Wacom WEZ02) |
|---|---|
| | As shown above in [19.b], the external resonant element (the external crystal oscillator) is coupled to the WEZ02 through the XTAL protection pin.  On information and belief, the external crystal oscillator feeds into the PLL to provide a stable accurate reference clock for the PLL to generate the chip's required internal clock frequencies.  The PLL's low-pass filter adjusts its output, which is input to the VCO (and thus adjusts the frequency of the VCO) based on the phase detected between the output of the VCO and the output of the external crystal oscillator fed into the PLL. |
| **[19.e.ii]** wherein the oscillator controller circuit is configured to use the output of the external resonant element to adjust frequency of the tunable oscillator during the entire operation of the tunable oscillator. | In the Wacom WEZ02, the oscillator controller circuit is configured to use the output of the external resonant element to adjust frequency of the tunable oscillator during the entire operation of the tunable oscillator, as detailed below.<br><br>Because the only external input to the PLL is the output from the crystal oscillator (i.e., the output of the external resonant element), the oscillator controller circuit must use that input whenever it is in operation.  Without that input being used at all times, the oscillator controller circuit would not be able to adjust the frequency of the tunable oscillator in the necessary and expected manner. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.